■ In the Matter of STRATFORD MATERIALS CORP., Appellant, v FRANK R. JONES, as Deputy County Executive of the County of Suffolk, Respondent. — In a proceeding pursuant to CPLR article 78 to compel respondent "to accept and approve petitioner as a supplier of cast iron manhole castings and covers for Suffolk County Department of Environmental Control projects," petitioner appeals from an order and judgment (one paper) of the Supreme Court, Suffolk County, dated April 17, 1979, which, upon respondent's cross motion, dismissed the petition on the ground that petitioner did not have standing to bring this proceeding. Order and judgment reversed, on the law, with $50 costs and disbursements, and cross motion to dismiss denied. The respondent's time to answer is extended until 20 days after service upon him of a copy of the order to be made hereon, together with notice of entry thereof. Petitioner has standing to maintain this proceeding. Hopkins, J.P., Titone, Mangano and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOZAHID ALI, Appellant. — Appeals by defendant from (1) a judgment of the Supreme Court, Queens County, rendered June 27, 1979, convicting him of assault in the first degree, upon a plea of guilty, and imposing sentence, and (2) an order of the same court, dated July 21, 1980, denying his motion to vacate the judgment. Leave to appeal from the order is hereby granted by Mr. Justice Gulotta. Judgment and order affirmed. The defendant's contentions concerning the sufficiency of the indictment, the evidence before the Grand Jury, and the bill of particulars, were waived by the defendant when he entered his plea of guilty, and were not preserved for appellate review (see *People v Thomas,* 74 AD2d 317). No permission to appeal was ever sought concerning the order denying defendant's motion. However, in our discretion, permission is hereby granted and the order is affirmed. We have examined the remaining contentions advanced by the defendant and find them to be without merit. Titone, J.P., Gibbons, Gulotta and Margett, JJ., concur.